

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,770

### EX PARTE KIM PEREIRA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 199-81296-09 IN THE 199TH DISTRICT COURT
### FROM COLLIN COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the

clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte*

*Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of

possession of child pornography and sentenced to ten years' imprisonment on each count. He was

also convicted of two counts of possession with the intent to promote child pornography and

sentenced to twenty years' imprisonment on each count. He did not appeal his convictions.

Applicant contends that his pleas were rendered involuntary because the plea agreement

cannot be followed. The trial court determined that Applicant pled guilty pursuant to an agreement

that these sentences would run concurrently with a federal sentence. Applicant is entitled to relief. *Ex parte Huerta*, 692 S.W.2d 681 (Tex. Crim. App. 1985).

Relief is granted. The judgments in cause number 199-81296-09 in the 199th District Court of Collin County are set aside, and Applicant is remanded to the custody of the Sheriff of Collin County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.


Delivered: April 18, 2012
Do Not Publish